No. 84–1736. HIJAR, SUPERINTENDENT, FEDERAL PRISON CAMP AT BORON, CALIFORNIA *v.* BURRUS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1865. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS *v.* MCCREE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1974. ROSE, WARDEN *v.* CLARK. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition.

No. 84–1999. LOCAL NUMBER 93, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL–CIO, C. L. C. *v.* CITY OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari granted and case set for oral argument in tandem with No. 84–1656, *Local 28 of Sheet Metal Workers* v. *EEOC, supra.*

No. 85–202. OFFSHORE LOGISTICS, INC., ET AL. *v.* TALLENTIRE ET AL. C. A. 5th Cir. Motions of Sonat Offshore Drilling, Inc., et al. and Maritime Law Association of the United States for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 85–5023. POLAND *v.* ARIZONA; and

No. 85–5024. POLAND *v.* ARIZONA. Sup. Ct. Ariz. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted in No. 85–5023 limited to Question 1 presented by the petition. Certiorari granted in No. 85–5024. Cases consolidated and a total of one hour allotted for oral argument. Reported below: No. 85–5023, 144 Ariz. 388, 698 P. 2d 183; No. 85–5024, 144 Ariz. 412, 698 P. 2d 207.

No. 84–1459. HERNANDEZ-CARTAYA ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.